■ LENORE SILVER, Respondent, v JOEL SILVER, Appellant. [792 NYS2d 900]—

Order, Supreme Court, New York County (Marilyn Shafer, J.), entered March 8, 2004, which, inter alia, granted plaintiff's motion for summary judgment in lieu of a complaint, unanimously affirmed, with costs.

Plaintiff established a prima facie right to recovery by submitting proof of the promissory note sued upon and defendant's failure to make payment according to its terms (see *Alard, L.L.C. v Weiss*, 1 AD3d 131 [2003]). Defendant failed to meet its consequent burden to come forward with admissible evidence establishing a triable issue (see generally *Zuckerman v City of New York*, 49 NY2d 557, 562 [1980]). Instead, he offered only conclusory denials largely, if not wholly, inconsistent with the documentary evidence (see e.g. *Coutts Bank [Switzerland] Ltd. v Anatian*, 261 AD2d 307 [1999], *lv dismissed* 94 NY2d 875

[2000]; *Joint Venture Asset Acquisition v Tufano*, 203 AD2d 102 [1994]; *Connecticut Natl. Bank v Hack*, 186 AD2d 387 [1992]). We have reviewed defendant's remaining contentions and find them unavailing. Concur—Buckley, P.J., Sullivan, Ellerin, Williams and Catterson, JJ.